**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>DONALD R MORRIS<br>DIANE M MORRIS<br>Debtor(s) | Case No. 13-00675 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/08/2013, and was converted to chapter 13 on 01/08/2013.

2) The plan was confirmed on 06/27/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/02/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 11/09/2017.

6) Number of months from filing to last payment: 58.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $192,173.00.

10) Amount of unsecured claims discharged without payment: $616,133.51.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

    Total paid by or on behalf of the debtor    $38,916.75
    Less amount refunded to debtor    $0.00

**NET RECEIPTS:**    **$38,916.75**

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan    $3,500.00
    Court Costs    $0.00
    Trustee Expenses & Compensation    $1,654.90
    Other    $0.00

**TOTAL EXPENSES OF ADMINISTRATION:**    **$5,154.90**

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVOCATE CHRIST HOSPITAL | Unsecured | 1,403.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 1,671.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CONDELL MEDICAL CTF | Unsecured | 3,095.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 45.60 | NA | NA | 0.00 | 0.00 |
| ALVERNO CLINICAL LABORATORIES | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| AMY WASIELEWSKI | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED UROLOGICAL SPECIAL | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES UROLOGICAL SPEC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 464.00 | 645.29 | 645.29 | 30.65 | 0.00 |
| CARE STATION PHYSICIANS | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CHRIST MEDICAL CENTER | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| CHRIST MEDICAL CENTER | Unsecured | 389.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 790.00 | 1,156.86 | 1,156.86 | 54.96 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CTR FOR PEDIATRIC GASTROEN.... | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 9,500.00 | 9,604.47 | 9,604.47 | 456.26 | 0.00 |
| ECAST SETTLEMENT CO | Unsecured | 438.00 | 514.81 | 514.81 | 24.46 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 3,510.00 | 3,363.60 | 3,363.60 | 159.79 | 0.00 |
| ECMC | Unsecured | 21,661.20 | 23,641.56 | 23,641.56 | 0.00 | 0.00 |
| EXXON MOBIL | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 280.00 | 317.07 | 317.07 | 15.06 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 105,908.00 | 0.00 | 106,902.62 | 5,078.38 | 0.00 |
| FIFTH THIRD BANK | Secured | 105,908.00 | 106,902.62 | 0.00 | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 45.60 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 34.60 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Priority | 2,732.93 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 2,732.00 | 3,129.82 | 3,129.82 | 148.68 | 0.00 |
| JOHN E NATHAN DDS MDS | Unsecured | 4,209.60 | NA | NA | 0.00 | 0.00 |
| LITTLE CO OF MARY HOSP | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| LITTLE COMPANY OF MARY HOSP | Unsecured | 2,501.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV HEALTH SYS | Unsecured | 1,654.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV PHYSICIANS FOUND | Unsecured | 790.00 | NA | NA | 0.00 | 0.00 |
| MICHELE SANBORN | Unsecured | 50,000.00 | NA | NA | 0.00 | 0.00 |
| MICHIGAN BELL TELEPHONE CO | Unsecured | NA | 1,529.22 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 18,985.00 | 19,724.75 | 19,724.75 | 937.02 | 0.00 |
| MIDWEST ANESTHESIA LTD | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 21.80 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| PALOS ANESTHESIA ASSOCIATES | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 946.00 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| PALOS DIAGNOSTIC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| PARKVIEW ORTHOPAEDIC GROUP | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY LABORATORIES | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | NA | 266.08 | 266.08 | 12.64 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | NA | 639.03 | 639.03 | 30.36 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 346.00 | 359.55 | 359.55 | 17.08 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 4,619.00 | 4,696.03 | 4,696.03 | 223.08 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 160.00 | 148.84 | 148.84 | 7.07 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 301.00 | 374.50 | 374.50 | 17.79 | 0.00 |
| RICHARD S KAPLOW PEDIATRIC | Unsecured | 604.00 | NA | NA | 0.00 | 0.00 |
| RUSH OARK PARK HOSPITAL | Unsecured | 4,257.00 | NA | NA | 0.00 | 0.00 |
| SEARS | Unsecured | 686.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN WOMENS CENTE | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING LLC | Secured | 282,000.00 | 333,973.10 | 348,882.86 | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING LLC | Secured | NA | 14,909.76 | 14,909.76 | 14,909.76 | 0.00 |
| SPECIALIZED LOAN SERVICING LLC | Unsecured | 55,760.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Secured | 4,700.00 | 4,128.20 | 4,128.20 | 4,128.20 | 0.00 |
| ST JOSEPH REGIONAL MEDICAL CEN | Unsecured | 125.00 | 125.00 | 125.00 | 5.94 | 0.00 |
| TRUSTMARK RECOVERY | Unsecured | 327.00 | NA | NA | 0.00 | 0.00 |
| TRUSTMARK RECOVERY | Unsecured | 32.40 | NA | NA | 0.00 | 0.00 |
| UHMP RADIOLOGY | Unsecured | 17.58 | NA | NA | 0.00 | 0.00 |
| UNION PLUS CREDIT CARD | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| UNITED CREDIT UNION | Unsecured | 4,607.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 40,455.60 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 44,349.62 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 55,366.80 | 157,977.32 | 157,977.32 | 7,504.67 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 44,297.60 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 26,203.20 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $348,882.86 | $0.00 | $0.00 |
| Mortgage Arrearage | $14,909.76 | $14,909.76 | $0.00 |
| Debt Secured by Vehicle | $4,128.20 | $4,128.20 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$367,920.82** | **$19,037.96** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$333,587.20** | **$14,723.89** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $5,154.90 |
| Disbursements to Creditors | $33,761.85 |
| **TOTAL DISBURSEMENTS:** | **$38,916.75** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/03/2018                By: /s/ Tom Vaughn
                                                     Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**